UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYGAN ISKENDERIAN, HOVSEP KEDIKIAN, CECILLE KEDIKIAN, and HAGOP MARKIK<br><br>Plaintiff,<br><br>v.<br><br>ZANKOU ENTERPRISES, INC., RITA ISKENDERIAN, VARTKES ISKENDERIAN, STEVE ISKENDERIAN, ARA ISKENDERIAN, and DIKRAN ISKENDERIAN<br><br>Defendants. | Case No.: 2:25-CV-7738-WLH-AJR<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING AMENDED COMPLAINT AND REQUEST FOR CONTINUANCE [41]** |

THIS MATTER comes before the Court on the parties' Joint Stipulation Regarding Amended Complaint and Request for Continuance. The Court finds good cause appearing upon receipt of the parties' Stipulation.

IT IS HEREBY ORDERED that Plaintiff shall have leave to file a Second Amended Complaint with the following schedule:

- Plaintiff may file a Second Amended Complaint, by January 5, 2026;
- If Plaintiff chooses to file a Second Amended Complaint, Defendants' will file a responsive pleading consistent with the deadlines set forth in the applicable Federal Rules of Civil Procedure;
- If Plaintiff chooses not to file a Second Amended Complaint by January 5, 2026, Defendants will file a responsive pleading by January 12, 2026, and
- If this stipulation is denied, Defendant will file a responsive pleading within three days of the Court's Order denying the Stipulation.

**IT IS SO ORDERED**.

Dated: December 15, 2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE